UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| IDELFONSO BOLANO<br><br>Plaintiff,<br><br>v.<br><br>AUTO SAFE & SOUND, INC.<br><br>Defendant. | Case No.:  8:19-cv-02871 |

## **JOINT NOTICE OF SETTLEMENT**

In accordance with local rule 3.08(a), Plaintiff, IDELFONSO BOLANO and Defendant, AUTO SAFE & SOUND, INC., hereby notify the court that the parties have reached a settlement. **The settlement includes full payment of the FLSA minimum wages, overtime, and attorney fees and costs were negotiated independently.**

Dated this 13th day of February 2020.

Respectfully submitted,

| | |
|---|---|
| *s/Cynthia M. Gonzalez* | s/ Thomas M. Gonzalez |
| Cynthia M. Gonzalez | Thomas M. Gonzalez |
| Florida Bar No. 53052 | Florida Bar No: 192341 |
| Email: cynthia@wagesdue.com | Gray Robinson, P.A. |
| Cynthia González PA | Mail: Post Office Box 3324 |
| 1936 W MLK Blvd. | Tampa, Florida 33601-3324 |
| Suite 206 | Telephone (813) 273-5000 |
| Tampa, FL 33607 | Facsimile (813) 273-5145 |
| Tel. *813-333-1322* | Email: thomas.gonzalez@gray-robinson.com |
| Attorney for Plaintiff | Attorney for the Defendant |