UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| IDELFONSO BOLANO<br><br>Plaintiff,<br><br>v.<br><br>AUTO SAFE & SOUND, INC.<br><br>Defendant. | Case No.: 8:19-cv-02871 |

**JOINT MOTION TO APPROVE SETTLEMENT
AND TO DISMISS WITH PREJUDICE**

Plaintiff IDELFONSO BOLANO and Defendant, AUTO SAFE & SOUND, INC., hereinafter collectively referred to as the "Parties," by and through undersigned counsel, hereby file this Joint Motion and state the following in support thereof:

1. Plaintiff filed the instant action alleging that Defendant violated the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 et seq. ("FLSA") (Doc. 1).

2. The Parties have reached a settlement in this matter. The settlement includes full payment of all FLSA minimum wages and overtime claimed by the Plaintiff and an amount equal to those wages and overtime as liquidated damages. Attorney fees and costs were negotiated independently. The Defendant disputes that any of these amounts were owed. It enters this settlement solely because the

amount in controversy exceeds the anticipated costs of defense. The Defendant notes that in addition to the amounts paid for the wages, overtime and liquidated damages claimed by the Plaintiff the Defendant has agreed to forgive monies which the Defendant claims were owed to it.

3. Pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), claims for wages arising under the FLSA may be settled or compromised only with the approval of the Court or the Secretary of Labor. Accordingly, the Parties request that the Court approve the Settlement Agreement ("Agreement") entered into by the Parties, a copy of which is attached to this Motion as Exhibit "A."

4. The Parties further stipulate and agree that the settlement is a fair and reasonable settlement of the controversies involved in this case and comports with the policies underlying the FLSA. The Parties voluntarily agreed to the terms of the settlement during negotiations, and all Parties had an opportunity to consult with an attorney.

5. As part of the settlement reached between the Parties, Plaintiff agrees to dismiss the Complaint with prejudice upon approval by the Court of the attached Agreement.

WHEREFORE, the Parties respectfully request that this Court enter an Order approving the attached Agreement and dismissing this action with prejudice.

WE HEREBY CERTIFY that on this same date, a copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system.

Respectfully submitted, February 24, 2020.

| | |
|---|---|
| *s/Cynthia M. Gonzalez* | s/ Thomas M. Gonzalez |
| Cynthia M. Gonzalez | Thomas M. Gonzalez |
| Florida Bar No. 53052 | Florida Bar No: 192341 |
| Email: cynthia@wagesdue.com | Gray Robinson, P.A. |
| Cynthia González PA | Mail: Post Office Box 3324 |
| 1936 W MLK Blvd. | Tampa, Florida 33601-3324 |
| Suite 206 | Telephone (813) 273-5000 |
| Tampa, FL 33607 | Facsimile (813) 273-5145 |
| Tel. *813-333-1322* | Email: thomas.gonzalez@gray-robinson.com |
| Attorney for Plaintiff | Attorney for the Defendant |